IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | |
|---|---|
| ROBERT GENTILE, ) | |
| ) | |
| Plaintiff/ ) | 8:10CV204 |
| Judgment Creditor, ) | |
| ) | |
| v. ) | |
| ) | |
| SUN PRODUCTS, INC., SUN ) | ORDER TO DELIVER NONEXEMPT |
| HOCKEY, INC., and JOHN M. ) | PROPERTY, CREDITS, OR MONEY |
| GILL, ) | INTO COURT |
| ) | |
| Defendants/ ) | |
| Judgment Debtors, ) | |
| ) | |
| SERGEANT'S PET CARE PRODUCTS, ) | |
| INC., ) | |
| ) | |
| Garnishee. ) | |
| _____) | |

This matter is before this Court on judgment creditor's application for order to deliver nonexempt property, credits, or money into Court (Filing No. 10). The Court finds the following:

1) The garnishee, Sergeant's Pet Care Products, Inc., has property, credits, or money belonging to the judgment debtor, John M. Gill, other than earnings.

2) There is not a successful written objection to the order or the answer of the garnishee filed.

3) The judgment debtor was not already being garnished pursuant to a continuing lien at the time the garnishment was served. Accordingly,

IT IS ORDERED that all nonexempt earnings, property, credits, or money withheld by the garnishee up to the amount of

$2,385,991.67 be transferred to the Court for payment and forwarding to the judgment creditor who is entitled to the same.

DATED this 3rd day of June, 2010.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court