IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | |
|---|---|
| ROBERT GENTILE, )<br>)<br>    Plaintiff/ )<br>    Judgment Creditor, )<br>)<br>    v. )<br>)<br>SUN PRODUCTS, INC., SUN )<br>HOCKEY, INC., and JOHN M. )<br>GILL, )<br>)<br>    Defendants/ )<br>    Judgment Debtors, )<br>)<br>SERGEANT'S PET CARE PRODUCTS, )<br>INC., )<br>)<br>    Garnishee. )<br>_____) | 8:10CV204<br><br>ORDER TO DELIVER NONEXEMPT<br>PROPERTY, CREDITS, OR MONEY<br>INTO COURT |

      This matter is before this Court on judgment creditor's application for order to deliver nonexempt property, credits, or money into Court (Filing No. 16). The Court finds the following:

> The garnishee, Sergeant's Pet Care Products, Inc., will have property, credits, or money belonging to the judgment debtor, John M. Gill, based on quarterly payments that would otherwise be due to be paid by the garnishee to judgment debtor Gill through at least March 31, 2011.

Accordingly,

      IT IS ORDERED:

      1) The garnishment shall be a continuing lien against the nonexempt earnings of the judgment debtor. The garnishee shall continue to withhold the nonexempt earnings, property,

credits, or money of the judgment debtor for as long as payments are due from the garnishee to judgment debtor up to the amount of $2,385,991.67.  The withheld earnings, property, credits, or money shall be transferred to the Court as they become due for payment and forwarding to the judgment creditor who is entitled to the same.

       2) The clerk shall mail a copy of this order to Sergeant's Pet Care Products, Inc., at 2625 South 158th Plaza, Omaha, Nebraska, 68130.

       DATED this 20th day of July, 2010.

                  BY THE COURT:

                  /s/ Lyle E. Strom
                  _____
                  LYLE E. STROM, Senior Judge
                  United States District Court