IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ROBERT GENTILE, | ) | |
| | ) | |
| Plaintiff/ | ) | 8:10CV204 |
| Judgment Creditor, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| SUN PRODUCTS, INC., SUN HOCKEY, INC., and JOHN M. GILL, | ) | ORDER |
| | ) | |
| Defendants/ | ) | |
| Judgment Debtors, | ) | |
| | ) | |
| SERGEANT'S PET CARE PRODUCTS, INC., | ) | |
| | ) | |
| Garnishee. | ) | |

This matter is before the Court for the clerk of court to pay funds from the registry to the judgment creditor who is entitled to the funds. Accordingly,

IT IS ORDERED that the clerk of court shall pay the funds on deposit, i.e., $8,308.01 to Robert Gentile, with the check to be mailed to:

>   Thomas P. O'Connell
>   1026A Massachusetts Avenue
>   Arlington, Massachusetts 02476.

DATED this 6th day of April, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court